# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Trustees of the Teamsters Local 631 Security Fund for Southern Nevada,  )<br><br>Plaintiff,  )<br>vs.  )<br>Darrell L. Beavers, et al.,  )<br>Defendants.  ) | Case No.: 2:13-cv-00824-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe. (ECF No. 39.)  No objections have been filed, and the deadline to object has passed.  For the reasons discussed below, the Court will accept and adopt in full Judge Koppe's Report and Recommendation.

This action was referred to Judge Koppe pursuant to 28 U.S.C. § 636(b)(1)(B) and District of Nevada Local Rule IB 1-4.  Upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 20) against Defendant Antonio Quiroz, Judge Koppe recommended that this Court enter an order granting the motion in part, awarding $11,982 in damages and $1,293 in attorney's fees and costs.  (R&R, ECF No. 39.)

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Here, no objections have been filed, and the Report and Recommendation (ECF No. 39) was entered on the docket January 6, 2014.  Accordingly, the Court finds good cause to accept and adopt the Report and Recommendation in full.

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 39) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 20) is **GRANTED in part** in accordance with the Recommendation of Magistrate Judge Nancy J. Koppe.

**IT IS FURTHER ORDERED** that judgment shall be entered against Defendant Antonio Quiroz in the amount of $11,982 in damages and $1,293 in attorney's fees and costs.

DATED this 27th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court