**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Trustees of the Teamsters Local 631 )
Security Fund for Southern Nevada, )
                                    )
                Plaintiff, )   Case No.: 2:13-cv-00824-GMN-NJK
  vs.                              )
                                    )   **ORDER**
Darrell L. Beavers, *et al.*,       )
                                    )
                Defendants. )
_____)

       Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe. (ECF No. 43.)  No objections have been filed, and the deadline to object has passed.  For the reasons discussed below, the Court will accept and adopt in full Judge Koppe's Report and Recommendation.

       This action was referred to Judge Koppe pursuant to 28 U.S.C. § 636(b)(1)(B) and District of Nevada Local Rule IB 1-4.  Upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 40) against Defendants Philip Clough, Kevin S. Gavette, Christopher Schenck, and Shaun E. Upson, Judge Koppe recommended that this Court enter an order granting the motion in part, awarding $8,964 in damages and $1,982 in attorneys' fees and costs against Defendant Clough, $6,734 in damages and $1,967 in attorneys' fees and costs against Defendant Gavette, $6,153 in damages and $1,959 in attorneys' fees and costs against Defendant Schenck, and $15,652 in damages and $2,061 in attorneys' fees and costs against Defendant Upson.  (R&R, ECF No. 43.)

       A party may file specific written objections to the findings and recommendations of a Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those

portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

Here, no objections have been filed, and the Report and Recommendation (ECF No. 43) was entered on the docket February 6, 2014.  Accordingly, the Court finds good cause to accept and adopt the Report and Recommendation in full.

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 40) is **GRANTED in part** in accordance with the Recommendation of Magistrate Judge Nancy J. Koppe.

**IT IS FURTHER ORDERED** that judgment shall be entered in Plaintiffs' favor, awarding $8,964 in damages and $1,982 in attorneys' fees and costs as against Defendant Clough, $6,734 in damages and $1,967 in attorneys' fees and costs as against Defendant Gavette, $6,153 in damages and $1,959 in attorneys' fees and costs as against Defendant Schenck, and $15,652 in damages and $2,061 in attorneys' fees and costs as against Defendant Upson.

DATED this 28th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court