# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trustees of the Teamsters Local 631 Security Fund for Southern Nevada,

   Plaintiff,

V.

Darrell L. Beavers, et al.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00824-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and against Defendant Philip Clough in the amount of $8,964 in damages and $1,982 in attorneys' fees and costs, against Defendant Kevin S. Gavette in the amount of $6,734 in damages and $1,967 in attorneys' fees and costs, against Defendant Christopher Schenck in the amount of $6,153 in damages and $1,959 in attorneys' fees and costs, and against Defendant Shaun E. Upson in the amount of $15,652 in damages and $2,061 in attorneys' fees and costs.

March 28, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk